IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY LEE COLE, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00497 |
| SHERIFF JOSH WILEY, ET AL., | ) |
|     Defendants. | ) |

**O R D E R**

On January 28, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed.[1] Therefore, the Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITHOUT PREJUDICE for failure to prosecute;

2. The remaining state law claims are DISMISSED WITHOUT PREJUDICE; and

3. The defendants' Motion for Summary Judgment (Docket No. 16) is DENIED AS MOOT.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

                                                ALETA A. TRAUGER
                                                U.S. District Judge

---

[1] On February 4, 2020, the plaintiff filed with the Clerk a handwritten letter addressed to this judge that the Clerk has docketed as an "Objection". (Docket No. 33). This letter is not an objection; it merely requests that the case "be sent to the appeal court." The plaintiff should take note of the fact that this letter does not constitute a Notice of Appeal and that, if he wishes to appeal this court's ruling, made in this Order, he must follow the proper procedure to do so.